HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR  97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JOSEPH JOHN CHRISTMAN,** | Case No. 6:23-cv-00379-AR |
| Plaintiff, | |
| vs. | |
| **COMMISSIONER,** **SOCIAL SECURITY ADMINISTRATION** | ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES |
| Defendant. | |

Attorney fees in the amount of $2959.89, and reimbursement for costs in the amount of $402 for the filing fee, are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment for this award shall be made via check sent to Ari Halpern's address: 62910 O.B. Riley

Rd, Suite 100, Bend, OR 97703.  In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this 17th day of June, 2024.

_____
Honorable Jeff Armistead
United States Magistrate Judge

Submitted on June 15, 2024
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff