HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR   97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JOSEPH JOHN CHRISTMAN,** | Case No. 6:23-cv-00379-AR |
| Plaintiff, | |
| vs. | ORDER FOR ATTORNEYS FEES PURSUANT TO |
| **COMMISSIONER,** **SOCIAL SECURITY ADMINISTRATION** | 42 U.S.C. § 406(b) |
| Defendant. | |

Attorneys' fees in the amount of $21,434.50 are hereby awarded to Attorney Ari Halpern pursuant to 42 U.S.C. § 406(b).   Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $6,627.18.   When issuing the §406(b) check, the agency is directed to subtract the amount of the EAJA fees previously received by the attorney and to send to Plaintiff's attorney, Ari Halpern, at the address above, the balance of

ORDER FOR FEES PURUSANT TO 42 U.S.C. § 406(b)    - Page  1

$14,807.32 minus any user fee.  Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 8th day of April, 2025.

_____
Honorable Jeff Armistead
United States Magistrate Judge

Presented by:
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff

ORDER FOR FEES PURUSANT TO 42 U.S.C. § 406(b)    - Page  2